PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Andre Lorenzo Mitchell**

**Docket No. 0:01CR00238-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Lisa L. Martinetto**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Andre Lorenzo Mitchell** who was sentenced for Drug Trafficking on July 25, 2002, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug Treatment
- Substance Abuse Testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On April 18, 2005, Mr. Mitchell tested positive for cocaine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

The defendant shall perform 30 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 6th day of May, 2005, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Lisa L. Martinetto
U.S. Probation Officer

Executed on May 5, 2005
Place St. Paul

c: United States Sentencing Commission

SCANNED
MAY 10 2005
U.S. DISTRICT COURT MPLS