Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Andre Lorenzo Mitchell

Docket No. 0:01CR00238-001

**HEARING WAIVER**

I, Andre Lorenzo Mitchell, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall perform 30 hours of community service, as approved by the probation officer.

Signed: Andre Mitchell

Andre Lorenzo Mitchell
Supervised Releasee

Dated: 05/05/05

Witness: [signature]

Lisa L. Martinetto
U.S. Probation Officer

SCANNED
MAY 10 2005
U.S. DISTRICT COURT MPLS