UNITED STATES DISTRICT COURT
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA )
)
v. ) Case No.: 01-238(JMR/FLN)
)
ANDRE LORENZO MITCHELL )

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X )Ad Prosequendum ( )Ad Testificandum

Name of Detainee: ANDRE LORENZO MITCHELL

Detained at (custodian): Prairie Correctional Facility

Detainee is: a.) ( X ) charged in this district by:
( ) Indictment ( )Information ( ) Complaint
Charging Detainee With: Violation of Supervised Release
or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of this proceeding
or b.) ( X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary forthwith before the U.S. District Court.

Dated: November 29, 2007

David P. Steinkamp, AUSA

**WRIT OF HABEAS CORPUS**

(X )Ad Prosequendum ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, ~~and at the~~ conclusion of said proceedings to return said detainee to the above-named custodian.

11/30/07
Date

UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | OID #222357 | DOB: | 09/28/1981 |
| Facility Address: | 445 South Munsterman Street<br>Appleton, MN 56208 | Race: | African-American |
| | | FBI #: | |
| Facility Phone: | (320) 289-2052 | | |
| Currently Incarcerated For: | Controlled Substance Violation | | |

SCANNED
DEC 3 2007
U.S. DISTRICT COURT MPLS

**RETURN OF SERVICE**

Executed on ______ by ______ ______
(Signature)

Writ issued 11/30/07