THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

vs.

Andre Lorenzo Mitchell,

Defendant,

**CERTIFICATE OF REPRESENTATION**

Court File No. 01-CR-238 (1)

---

**APPELMAN & OLSON, P.A.**

EricJ. Olson
Attorney License No. 278427
212 Butler North Building
510 First Avenue North
Minneapolis, MN 55403
(612)-332-9121

I hereby represent the above-named defendant on the following matter or matters before the Court:

**CHARGE(S):** Federal Probation Violation

I understand that I cannot withdraw from this representation unless said withdrawal is approved by the Court after hearing on a written motion pursuant to Minn. Gen. R. Prac. 703.

Dated:12/10/07

s/Eric J. Olson
Eric J. Olson