**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Janie S. Mayeron |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-238 JMR/FLN |
| | ) | Date: December 17, 2007 |
| Andre Lorenzo Mitchell, | ) | Court Reporter: None |
| | ) | Tape Number: #173 1 - 229 |
| Defendant. | ) | Time Commenced: 1:30 p.m. |
| | | Time Concluded: 1:35 p.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

**Plaintiff:** David Steinkamp
Assistant U.S. Attorney

**Defendant:** Eric Olson
☐ FPD ☐ CJA √ Retained ☐ To be appointed

Interpreter: N/A

Date Charges Filed: 05/06/05 Offense: Tested positive for cocaine

☐ Charges read into record √ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

☐ Charges from other District ______________________________________________

√ Government moves for detention.
Motion is: √ granted, detention ordered ☐ denied ☐ moot, defendant serving sentence.

Bond set in the amount of $ ____________________ with conditions, see Order Setting Conditions of Release.

Next appearance date is January 4, 2008 at 9:30 a.m. before U.S. District Court Chief Judge Rosenbaum for:

☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg √ final revocation hearing

√ Detention hearing waived √ Preliminary Revocation hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information: Detention order to be submitted.

s/Joan Flood
Signature of Criminal Duty Clerk