UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 01-238(JMR)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDRE LORENZO MITCHELL,

Defendant.

ORDER OF DETENTION

The above-entitled matter came before the undersigned on December 17, 2007 for consideration of a Petition filed by United States Probation alleging violations of conditions of supervised release. The defendant was present and was represented by Eric Olson, Esq. The United States was represented by David P. Steinkamp, Assistant United States Attorney.

Based upon the stipulation of the defendant, the Court concludes that there has been a showing that the defendant violated conditions of supervised release. In addition, based upon the motion of the government, the contents of the Petition, and due to the defendant’s request that he be detained pending resolution of the supervised release violation petition, the Court finds that detention is warranted.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of defendant is granted;

2. The defendant is bound over until the final revocation hearing can be held before Chief Judge James M. Rosenbaum;

3. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to

the extent practicable, from persons awaiting or serving sentences of being held in custody pending further hearing;

4. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

5. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: December 19, 2007

s/ Janie S. Mayeron
Janie S. Mayeron
United States Magistrate Judge