**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Andre Lorenzo Mitchell,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 01-238 JMR/FLN |
| Date: | January 4, 2007 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 9:33 a.m. |
| Time Concluded: | 9:48 a.m. |
| Time in Court: | 15 Minutes |

## APPEARANCES:

Plaintiff: Ann Anaya for David Steinkamp, Assistant U.S. Attorney
Defendant: Eric Olson ☒ Retained

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant admits allegations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Supervised Release continued upon release from custody and extended 1 year.
☒ Defendant is sentenced to: Custody of BOP: 1 year
☒ Written order to be issued.

s/Heather Walker
Calendar Clerk