APPELMAN, OLSON & KANS, P.A.
CRIMINAL TRIAL LAWYERS

April 11, 2008

United States District Court
Attn: Judge Rosenbaum
300 South Fourth Street
Minneapolis, MN 55415

RE: State of Minnesota v. Andre Lorenzo Mitchell
Court File No.: 01-CR-238(JMR/FLN)

Dear Judge Rosenbaum:

On January 4, 2008, Andre Mitchell appeared before you on a probation violation hearing and was sentenced to 1 year to be served consecutively with his current sentence. We would like to request a modification of the sentence to be 1 year and 1 day, which will allow him early release with good time. I have spoken to the U.S. Attorney's Office and they have no objection to the modification.

If you have any questions or would like to discuss this further, please call our office. Thank you for your time.

Very truly yours,

**APPELMAN, OLSON & KANS, P.A.**

s:// Eric J. Olson
Eric J. Olson
Attorney for Defendant

Cc: