UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-238(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Andre Lorenzo Mitchell | ) | |

Defendant's request to modify his sentence for supervised release violation [Docket No. 41] is denied.

IT IS SO ORDERED.

Dated: April 29th, 2008

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge